| United States District Court | § | Southern District of Texas |
|---|---|---|

United States District Court
Southern District of Texas
**ENTERED**
October 23, 2015
David J. Bradley, Clerk

Desmond Ray Bonner, #1903762   §
　　　　　　　　　　　　　　§
　　　　Plaintiff,　　　　　　§
　　　　　　　　　　　　　　§
versus　　　　　　　　　　　§　　Civil Action V-15-046
　　　　　　　　　　　　　　§
William Stephens, Director, TDCJ-ID　§
　　　　　　　　　　　　　　§
　　　　Defendant.　　　　　§

## Order of Dismissal

Magistrate Judge John R. Froeschner has recommended that the petition for a writ of habeas corpus of Desmond Ray Bonner be dismissed as time-barred. Bonner filed an objection (11), but the court finds it to be without merit.

It is, therefore, ordered that the report and recommendation is adopted and Bonner's petition for a writ of habeas corpus is dismissed.

Signed on October __22__, 2015, at Houston, Texas.

　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　Lynn N. Hughes
　　　　　　　　　　　　　　United States District Judge